```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

  TYRONE MCDUFFIE,

                        Plaintiff,            MEMORANDUM & ORDER
                                               22-CV-5297(EK)(SJB)

            -against-

  SGT. CHARLES SENAT, a Police Officer
  from the New York City Police
  Department, in his Individual and
  Official capacity, et al.,

                        Defendants.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Sanket Bulsara's *sua sponte* Report and Recommendation ("R&R") dated February 14, 2023.  Docket Order dated Feb. 14, 2023.  Judge Bulsara recommends that I dismiss this action against Defendants Sgt. Charles Senat, P.O. Shenique Rosario, Several Unknown Officers from the New York City Police Department, and Several Unknown Security Officers from Resorts World Casino New York City without prejudice, pursuant to Federal Rule of Civil Procedure 4(m), for Plaintiff's failure to timely serve the defendants with the complaint and a summons.  No party has filed objections, and the time to do so has expired.  Accordingly, the Court reviews Judge Bulsara's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory

committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety, with one clarification. The R&R does not explicitly recommend dismissal of the action as to Defendant Resorts World Casino New York City. Because Plaintiff has similarly omitted to provide proof that the complaint and a summons were served on Resorts World Casino New York City, the action must also be dismissed as to this defendant. *See* Fed. R. Civ. P. 4(m).

The complaint is therefore dismissed without prejudice. If Plaintiff wishes to continue to prosecute the action, he may refile the action anew and pay the filing fee again. The Clerk of Court is respectfully directed to enter judgment and close this case.

SO ORDERED.

      /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   June 2, 2023
        Brooklyn, New York